GEDEX REALTY CORPORATION, Appellant, v. CITY OF WHITE PLAINS and WILLIAM A. BRENNAN, as Commissioner of Public Safety of the City of White Plains, Respondents.— Action for a declaratory judgment as to plaintiff's right under the zoning ordinance of the city of White Plains to maintain and operate an apartment house. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

LENA GENTILE and ANTONIO GENTILE, Appellants, and DOMINICK PAOLILLO, Plaintiff, v. SOUTH BROOKLYN RAILWAY COMPANY, Respondent.— Appeal discontinued, without costs, pursuant to stipulation. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

GLOBE HOME FURNISHING Co., INC., Appellant, v. THE FIRST NATIONAL BANK & TRUST CO. OF TUCKAHOE, N. Y., and Others, Respondents.— Action to set aside a judgment of foreclosure and for other relief. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ADAM G. GORMAN, Appellant, v. PAUL VALENTINO and AL ZOMRO, Respondents, and Others, Defendants.— Order denying plaintiff's motion for summary judgment affirmed, without costs. Summary judgment may not be granted in an action for ejectment. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

LEONORA ANN GROTE, an Infant, by MARY NOLAN, Her Guardian ad Litem, and MARY NOLAN, as Administratrix, etc., of HELEN M. GROTE, Deceased, Appellants, v. H. LEON McBRIDE, Defendant, and F. McBRIDE, Sued Herein as FRANK M. McBRIDE, Copartners, Doing Business under the Firm Name and Style of H. L. & F. McBRIDE, and WALTER JONES, Respondents.— Order denying appellants' motion for examination of respondent Walter Jones before trial, with leave to renew upon paying ten dollars costs, reversed on the law, with ten dollars costs and disbursements, and the motion granted, without costs, the examination to proceed at a time and place to be fixed in the order to be entered hereon. In our opinion the testimony sought to be adduced is material and necessary in the prosecution of the action. Lazansky, P. J., Hagarty, Johnston, Taylor and Close JJ., concur. Settle order on notice.

In the Matter of the Application of JULIA BASSO, as Administratrix, etc., of GIACOMO BASSO, Also Known as JACK BASSO, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. JOHN BASSO, Appellant; JULIA BASSO, as Administratrix, etc., of GIACOMO BASSO, etc., Deceased, Respondent.— Order of the Surrogate's Court, Queens County, denying appellant's motion for examination of a witness before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.